UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RASHYID AHMAD,
                      Defendant.
------------------------------------------------------x

**ORDER**

15 CR 511 (VB)

    At the sentencing hearing on September 27, 2021, on this violation of supervised release matter, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Rashyid Ahmad, USM #15051-052, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: September 27, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge